UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA, INC.,

    Plaintiff,

    v.

NYKO TECHNOLOGIES, INC.,

    Defendant.

Case No. C08-0907RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 25, 2008, defendant filed a response that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers. The Court issued an order to show cause why defendant should not be sanctioned for failing to comply with the Court's prior order. The order to show cause (Dkt. #29) is now vacated in light of the receipt of the courtesy copy.

DATED this 2nd day of September, 2008.

                                                      /s/ Robert S. Lasnik
                                                    Robert S. Lasnik
                                                    United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE