THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>        Plaintiff and<br>        Counter-Defendant<br><br>v.<br><br>NYKO TECHNOLOGIES, INC., a corporation,<br><br>        Defendant and<br>        Counter-Claimant | No. CV 08-0907 RSL<br><br>STIPULATION FOR DISMISSAL OF ACTION<br><br>NOTED FOR HEARING:<br>December 17, 2008 |

TO:   The Clerk of the Court

Plaintiff and counter-defendant Nintendo of America Inc. and Defendant and counter-claimant Nyko Technologies, Inc., being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-entitled action, including all claims and counter-claims, may be dismissed with prejudice and without costs to either party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

STIPULATION OF DISMISSAL
(NO. CV 08-0907 RSL) – 1

LEGAL14793558.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 17th day of December, 2008.

Presented by:

 s/ Charles C. Sipos, WSBA #32825
Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Susan D. Fahringer, WSBA No. 21567
SFahringer@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
Charles C. Sipos, WSBA No. 32825
CSipos@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Attorneys for Plaintiff Nintendo of America Inc.

 s/ Regina V. Culbert, WSBA No. 30213
Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA  98104
Telephone:  206.342.6200
Facsimile:  206.342.6201

Syed "Art" Hasan, Pro Hac Vice
art.hasan@cph.com
John D. Carpenter, Pro Hac Vice
john.carpenter@cph.com
G. Warren Bleeker, Pro Hac Vice
warren.bleeker@cph.com
Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA  91105
Telephone:  626.795.9900
Facsimile:  626.577.8800

Counsel for Defendant
Nyko Technologies, Inc.

STIPULATION OF DISMISSAL
(NO. CV 08-0907 RSL) – 2

LEGAL14793558.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify that on December 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for defendant:

    Regina V. Culbert - Rculbert@merchantgould.com
    Syed "Art" Hasan: art.hasan@cph.com
    John D. Carpenter: john.carpenter@cph.com
    G. Warren Bleeker: warren.bleeker@cph.com

I certify under penalty of perjury that the foregoing is true and correct.

DATED: December 17, 2008.

                        *s/ Sherri Wyatt*
                        Sherri Wyatt
                        Legal Secretary

STIPULATION OF DISMISSAL
(NO. CV 08-0907 RSL) – 3

LEGAL14793558.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000